Court of Appeal, First Circuit, Parish of Terrebonne. 219 So.2d 313.

The application is denied. According to the facts of the case, as found to be by the Court of Appeal, there appears no error of law in the judgment complained of.

■

222 So.2d 66

**STATE of Louisiana, Through the DEPARTMENT OF HIGHWAYS**

v.

**John MARTIN, Sr.**

No. 49784.

May 9, 1969.

In re: State of Louisiana, through the Department of Highways applying for certiorari, or writ of review to the Court of Appeal, Third Circuit, Parish of Lafayette.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.